**ELIZABETH E. MACEDONIO**
ATTORNEY AT LAW
42-40 BELL BOULEVARD
SUITE 302
BAYSIDE, NEW YORK 11361
TELEPHONE (718) 279-3770
FAX (718) 281-0850
EMAIL: emacedonio@yahoo.com

OCT 19 2005

BROOKLYN OFFICE

October 7, 2005

<u>Via Facsimile 718-260-2457</u>

Honorable John Gleeson
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

Granted.
Adjourned to December 16, 2005 at 10:30 Am.
So ordered
s/John Gleeson
USDJ

Re: <u>United States v. Lonnie Earl Brockington</u>
96 Cr. 235-07 (JG)

Dear Judge Gleeson:

With the consent of the government, this letter is written to request an adjournment in the above referenced matter. This case is currently on the Court's calendar for October 11, 2005.

As the Court may recall, Mr. Brockington has been charged with a violation of supervised release due to a pending criminal case in Kings County. Despite efforts by counsel on both sides, at this time the parties are unable to give the Court a status on underlying matter. Accordingly, we will not be prepared to proceed on October 11, 2005. It is for this reason that an adjournment is requested.

As I will be starting a lengthy trial before the Honorable Arthur D. Spatt on October 24, 2005, it is requested that this matter be adjourned until a date in late December. I thank Your Honor for his consideration in this matter.

Respectfully,

Elizabeth E. Macedonio

cc: Nicole Boeckmann, AUSA – Via Facsimile (718)-254-6076